# United States Court of Appeals
# for the Fifth Circuit

No. 25-10861

CONSOLIDATED WITH

No. 25-10952

United States Court of Appeals
Fifth Circuit

**FILED**

December 30, 2025

Lyle W. Cayce
Clerk

HUONG GILMER GIACCIO,

*Plaintiff—Appellant*,

*versus*

MEREDITH LYON; CHRISTOPHER CASTRO; FABIAN MELO;
DAIMON HAIL,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC Nos. 3:24-CV-3005, 3:24-CV-3005

_____

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Plaintiff Huong Gilmer Giaccio filed a complaint in federal district court against four defendants: Carrollton Municipal Judges Meredith Lyon and Christopher Castro, Assistant City Attorney Fabian Melo, and City Marshal Daimon Hail. Giaccio brought a myriad of claims under 42 U.S.C.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

25-10861
c/w No. 25-10952

§ 1983, alleging that city officials violated her constitutional rights under the First, Fourth, Eighth, and Fourteenth Amendments. The magistrate judge recommended dismissing Giaccio's claims against Judge Lyon, Judge Castro, and Melo for lack of jurisdiction. The magistrate judge recommended dismissing Giaccio's claims against Hail under 28 U.S.C. § 1915(e)(2) for failure to state a claim. The district court adopted the magistrate judge's findings, conclusions, and recommendations. After reviewing Giaccio's brief and the record, we find no reversible error. AFFIRMED.